UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

Marcel Poirier,

Appellant, Pro Se,

v.

Robinhood Markets, Inc., et al.,

Appellees.

Case No. 26-10268

### APPELLANT'S MOTION FOR STAY PENDING APPEAL

Appellant Marcel Poirier, proceeding pro se, respectfully moves for a temporary stay of arbitration proceedings pending resolution of this appeal.

This appeal arises from the District Court's Order dated July 10, 2025 (ECF No. 805), which restricted Appellant's filings to limited categories despite an

1

earlier dismissal without prejudice under Order dated August 14, 2024 (ECF No. 692).

By Order entered August 14, 2024 (ECF No. 692), the Court dismissed Plaintiff's claims without prejudice and expressly retained jurisdiction solely for the purpose of enforcing the parties' agreements, leaving Plaintiff's claims unresolved and preserved. Plaintiff was the sole representative who did not **enter into any *settlement*** and instead proceeded under a **mediation and arbitration agreement**, without prejudice, with all claims expressly preserved and denied by Defendants.

By contrast, the Court's subsequent Order entered July 10, 2025 (ECF No. 805) restricted Plaintiff's filings in the District Court to (1) a notice of appeal or (2) a motion to enforce the parties' *settlement agreement*. As applied to Plaintiff—**a non-settling party proceeding without prejudice under a mediation and arbitration agreement**—this restriction prevents recognition and enforcement of the legal effect of Plaintiff's expressly preserved claims.

The pending appeal presents that precise question: whether Order 805 unlawfully forecloses enforcement of the legal effect of preserved claims.

**On January 29, 2026, Appellant filed a motion to stay arbitration in the District Court. As of the date of this filing, no relief has been granted.**

Order 805 limits filings in the District Court to (1) a Notice of Appeal or (2) a motion to enforce a *settlement agreement*. A **motion to stay arbitration pending appeal** does not fall within those permitted categories.

2

Following mediation, the mediator reported an impasse. Under the governing agreement, Appellant faces a contractual deadline to initiate arbitration. Absent a stay, Appellant may be compelled to commence arbitration while the legality and scope of Order 805 remain under appellate review.

A stay pending appeal is warranted because:

1. The appeal presents a substantial legal question concerning whether Order 805 improperly restricts enforcement of preserved claims.
2. Absent a stay, Appellant faces irreparable procedural harm by being compelled to initiate arbitration before appellate review is completed.
3. A stay will not substantially prejudice Appellees.
4. The public interest favors orderly appellate review and judicial economy.

Appellant seeks only to preserve the status quo pending resolution of this appeal.

For these reasons, Appellant respectfully requests that this Court enter an order staying arbitration proceedings pending disposition of this appeal.

Respectfully submitted,

**/s/ Marcel Poirier**

Marcel Poirier

Pro Se Appellant

310-1225 Dieppe Boulevard

Dieppe, NB E1A-1H2

Canada

Tel: 506-961-9712

Date: FEB 07/2026

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF notice upon all counsel of record in this case. Including Robinhood Markets, Inc., Robinhood Financial LLC, and Robinhood Securities, LLC, upon docketing.

```
MAXCEL POIRIER                          1.0 LBS LTR
5069619712                              SHP#: E012 30Q9 BJB
310-1225 DIEPPE BLVD                    SHP WT: LTR
DIEPPE  NB   E1A1H2                     DATE: 11 FEB 2026
CANADA

                    SHIP FOR THE ELEVENTH CIRCUIT
TO:  (506) 961-9712
     US COURT OF APPEALS
     OF APPEALS BUILDING, 56 FORSYTH STREET, NW
     ELBERT PARR TUTTLE COURT
     ATLANTA  GA 30303
     UNITED STATES
```

U.S. COURT OF APPEALS RECEIVED CLERK FEB 13 2026 ATLANTA, GA

GA 303 9-02

UPS SAVER                          1P
TRACKING #: 1Z E01 230 04 7842 5673

BILLING: P/P                       EDI-DOC
DESC: LEGAL DOCUMENTS

REF #2: 11-2-56.71

Backup Document - Please Place on Package

TR #: 1ZE012300478425673    SHP #: E01230Q9BJB


UPS EXPORT #

Shipper agrees to the UPS Terms found at www.ups.com and UPS service centers. For international air carriage, the Warsaw Convention as amended or Montreal Convention may apply and limits UPS's liability for loss or damage to cargo. International carriage by road may be subject to the Convention on the Contract for the International Carriage of Goods By Road. Except as otherwise governed by international conventions or other mandatory law, the UPS Terms limit UPSc's liability for damage, loss or delay of this shipment. There are no stopping places agreed upon at the time of tender of the shipment and UPS reserves the right to route the shipment in any way it deems appropriate. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

SHIPPER'S SIGNATURE            10 Feb/2026  DATE